UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL, | No. 2:17-cv-1159 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| J. PICKETT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 26, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 13.) Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 26, 2018, are adopted in full; and

2. Plaintiff's request for an injunction in claim one against defendants Pickett and Griffith is dismissed;

3. Defendant Pickett is dismissed from this action;

4. Plaintiff's request for an injunction in claim two against defendants Griffith and Doe is dismissed;

5. Plaintiff's request for injunctive relief contained in his complaint (ECF No. 1) is denied; and

6. Plaintiff's motion for reconsideration (ECF No. 11) is denied.

DATED: April 11, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE