UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY MITCHELL,

       Plaintiff,

vs.

J. PICKETT, et al.,

       Defendants.

No. 2:17-cv-1159 JAM DB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Corey Mitchell, inmate #F-23331, a necessary and material witness in proceedings in this case on May 13, 2019, is confined in California Substance Abuse Treatment Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear by video-conferencing at California Substance Abuse Treatment Facility, on May 13, 2019 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California Substance Abuse Treatment Facility, fax number (559) 992-7191.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Substance Abuse Treatement Facility P.O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 25, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB:1/Orders/Prisoner/Civil.Rights/mitc1159.841vc